UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | CR. NO. 10-340 |
| ) | |
| v. ) | |
| ) | (JUDGE Kane ) |
| **BRIAN WILLIAM WALPOLE,** ) | |
| ) | FILED |
| Defendant.           ) | HARRISBURG, PA |

**INDICTMENT**

DEC 1 - 2010

THE GRAND JURY CHARGES THAT:

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

**COUNT I**
(Sexual Exploitation of a Child)

On or about February 1, 2008, in the Middle District of Pennsylvania, the defendant,

**BRIAN WILLIAM WALPOLE,**

did employ, use, persuade, induce, entice, and coerce a male minor, CP, born in 1993, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

2

THE GRAND JURY FURTHER CHARGES:

## COUNT II
(Receipt of Child Pornography)

On or before June 1, 2010, in the City of York, in York County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**BRIAN WILLIAM WALPOLE,**

did knowingly receive and distribute material containing visual depictions of child pornography, that is, visual depictions of minors engaging in sexually explicit conduct, including graphic and lascivious exhibition of the genitals and genital-genital contact and intercourse. These visual depictions contained materials which had been mailed, shipped and transported by any means in interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, § 2252A(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT III
(Possession of Child Pornography)

On or before June 1, 2010 through September 9, 2010, in the City of York, in York County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**BRIAN WILLIAM WALPOLE,**

did knowingly possess and cause to be possessed films, videos, photographs and other material containing visual images and depictions of child pornography, that is, visual depictions of minors engaging in sexually explicit conduct, including graphic and lascivious exhibition of the genitals, genital-oral contact and penetration and genital-anal contact and penetration. These visual depictions contained materials which had been mailed, shipped and transported by any means in interstate and foreign commerce, including by computer and that had been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, §§ 2252A(a)(5)(B) and 2.

*Peter J. Smith*
PETER J. SMITH
United States Attorney