## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal Action No. 1:10-CR-340** |
| v. : | |
| : | **(Chief Judge Kane)** |
| **BRIAN WILLIAM WALPOLE,** : | |
|     Defendant : | |

### ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

A grand jury returned a three count indictment against Defendant Brian Walpole on December 1, 2010, charging Defendant with: (1) sexual exploitation of a child in violation of 18 U.S.C. § 2251(a); (2) receipt of child pornography in violation of 18 U.S.C. § 2252A(a)(2); and (3) possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). (Doc. No. 1.) On September 14, 2011, Defendant's mother, who has not been indicted in this matter, filed a motion for return of a digital picture frame and an HP Laptop Computer, which Defendant's mother asserts belongs to her. (Doc. No. 38.) On October 18, 2011, having heard nothing further from the parties, the Court directed the United States to file a response to Mrs. Walpole's motion. (Doc. No. 41.) On October 21, 2011, the United States indicated that the property had been returned to Mrs. Walpole. (Doc. No. 42.)

**ACCORDINGLY**, on this 27th day of October 2011, **IT IS HEREBY ORDERED THAT** the Mrs. Walpole's motion for return of property (Doc. No. 38) is **DENIED AS MOOT**.

                                                         S/ Yvette Kane
                                                         Yvette Kane, Chief Judge
                                                         United States District Court
                                                         Middle District of Pennsylvania